**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
Central **DIVISION**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 09 2024
TAMMY H. DOWNS, CLERK
By: [signature] DEP CLERK

**CASE NO.** 4:24-cv-00860-BSM-PSH

**Jury Trial:** ☐ Yes ☐ No
**(Check One)**

I. Parties

This case assigned to District Judge Miller
and to Magistrate Judge Harris

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Richard Nichols
ADC # 112196

Address: RLW Unit 7206 W. 7th Ave Pine Bluff, AR 71603

Name of plaintiff: Clint Ingle
ADC # 654498

Address: Dallas County Jail 106 S. Charlotte St. Fordyce, AR 71742

Name of plaintiff: Charles Tharp
ADC # 156613

Address: Dallas County Jail 106 S. Charlotte St. Fordyce, AR 71742

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Mike Knowadle (And His Administration)

Position: Sheriff

Place of employment: Dallas County Jail

Address: 106 S Charlotte St. Fordyce, AR 71742

Name of defendant: Kathren Shuler

Position: Jail Administrator

Place of employment: Dallas County Jail

Address: 106 S. Charlotte Street Fordyce, AR 71742

Name of defendant: Mallory Ledbetter

Position: Jailer

Place of employment: Dallas County Jail

Address: 106 S Charlotte Str Fordyce AR 71742

Name of defendant: Brieann Estes

Position: Jailer

Place of employment: Dallas County Jail

Address: 106 S. Charlotte St. Fordyce, AR 71742

II. Are you suing the defendants in:

- ☒ official capacity only
- ☐ personal capacity only
- ☐ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No X

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: ____________________

____________________

Defendants: ____________________

____________________

☐ Court (if federal court, name the district; if state court, name the county):

____________________________________________

☐ Docket Number: ____________________________________

☐ Name of judge to whom case was assigned: ____________________

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) ____________________________________

☐ Approximate date of filing lawsuit: __________________________

☐ Approximate date of disposition: ___________________________

IV. Place of present confinement: Dallas County Jail, waiting Transfer BAck to (ADC) RLW Unit 7206 W. 7th AVE Pine Bluff, AR 71603

V. At the time of the alleged incident(s), were you: (check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

__X__ serving a sentence as a result of a judgment of conviction

__X__ in jail for other reasons (e.g., alleged probation violation, etc.) explain: in Dallas County for Federal court

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes __X__ No ____

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ✓ No ____

If not, why? As Far as I can go Becouse Kathren Shuler the Jail administrater seems to answer All greivance's...

VII. Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.) Un-Human Livey (Black mold on shower wall)

Lost of Personal Property, Being treated unfairly, Being Striped Searched in front of Female Jailers on Sept. 3 2024 8 Inmates 2 Female officers Are, Mallory Ledbetter, & Brieann Estes on this Day Richard Nichols Clint Ingle, Joshua Bradford, Charles tharp, Robert Jordan, Cameron Hendrix, Jerry Tucker, & Chirstopher Bobbitt there was A total of 13 Inmates Some have already been shipped

Lost Of Personal Propetty Sept. 4, 2024 Sheriff Mike Kowadle & Kathren shuler & there Administration did a shakedown on E-Pod and took Personal Property from the Listed here in Add Pages of things lost and some had prices with.

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Reembursment Lost or throwed away Property, and Food, and better Liveing Conditions, with the Jail Administration, Have to Abide by the AR-Arkansas Administrative Codes & Regulations 006-26-carr-001 (Criminal Detention Facility Standards) OR A whole New Administration & (they handle the court cost.)

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 30 day of September, 2024.

Richard Nichols #112196

Clint Ingle #654498

Charles Tharp #156613

Signature(s) of plaintiff(s)

My Name is Richard Nichols ADC # 112196 I was Transfered to Dallas County Jail on Aug 2, 2024 to which while being booked in I was striped searched by a Jailer first Name Lizz. I was not given a writen copy of my property that they Kept up front in my personal property the (AC - Arkansas Administrative Codes & Regulations 006-26-CARR-001 Criminal Detention Facility Standards.) Are set in to Show the people over the facility how it's Ran. There is 16 chapters I've Read All 16 chapters.

I've only had one jumpsuit since I've been here, there is black mold on the shower wall, we only get 1 blanket and a thin Yoga matto sleep on. We are suppost to got to go outside for 1 hour everyday.

Sept 3. I was striped searched in front of 2 femal officer Mallory Ledbette, Brieann Estes with 2 male officers present as well.

Sept 4, 2024 Sheriff Mike Kovalle, Kathren Skouler & Admin Shook down E Pod Tore inmate pictures down throwed them away we was not allowed in there why they went through our stuff they took alot of our clothes brought from Prison or bought on Comesiary, I Lost a pair of white Sweat pants, 2 Large T shirts that we watched a Trustee & 309 carry out of our Pod. they Turned of the Kiosk and punished 13 Inmates for 3 inmates to whom they locked up but still Punished everyone els as Like corpal punishment Those Are Also other Greivences I've filed and A Another Breif Statement.

I thought proper bedding was 2 Sheets 1 blanket and a Real matt Jumpsuit change out should Be 3 X's A week Blanket wash at least once a month

Greivances

TK-c2b3qcTkmqia - Still No Answer

TK-ph42ljqufRev

TK-dyKPrP8Va.Po

TK bodauw9cbs4p

**Food Menu**

Breakfast Every Day
1 biskit 1 egg grits 1 Jelly 1 chesse 1 drink mix

Lunch
Balony Sandwhich Rice water

Super
Beans cornbread, veg. cake, fries water
"Rotate"
Chicken Rice / corn bread, veg cake Fries water

2 Day Menu

Dallas County Law Suit

Kathren Shuler 9-21-2024

AR- Arkansas Administrative Codes & Regulations
006 26-CARR-001 Criminal Detention Facility standards
Help me under stand which ones Apply to Dallas County Jail Cause I've Read All 16 Chapters, And I've greived a few already. You can check these facts I got here on Aug. 2. 2024 ya Violated [Section 5-1007] (strip seaches) I will have been here 50 days on Monday ya have Violated [Section 14-1005] Inmate Exercise I've been offered yard call Aug 7, 2024, Aug 27, 2024 one mandatory yard call on Sept. 3, 2024 which on that Day Your staff Violated (Section 5-1007) Strip seachs again. Then (Section 11-1001) TAlks about Hot meals Aleast 2 I've not had one yet that section will explain the Drink and All. Spet 4, Your Staff Did a Shake Down on E-Pod which Your staff Tore Down Inmates personal pitcures, Took there Personal Books, Personal clothes and Did not put it in their property threw alot of the stuff away We have Rights too, 50 days and I've had the Same Blanket Why don't your staff Know these Administrative Codes & Regulations? I would like these issues Resloved, and yard call please! If not please get me BACK to ADC where they follow the Rules thank You

Aug. 2, 2024
CO/Jailer Lizz
Spet 3, 2024
CO/Jailer
mallary Ledbetter
Brieann Estes
Officer Warfford
Chirstopher Rochester
Sheriff Mike Konadle

(2)

My name is Christopher Mason Bobbitt, ADC #656340. I have been incarcerated as a Federal Pretrial Detainee since 5-4-24. While being booked in I was strip-searched by 2 female jailers, Mallory Ledbetter and a jailer known as "Liz". It was humiliating and demeaning.

On or about 9-3-24 the pod I'm housed in, E POD, was shook down. Refer to grievance #TK-yvzOlyaShuX8. The phones and kiosk access were cut off. This limits access to law library, legal representation, and reasonable communication with family or friends. On returning to the pod I was strip searched in the presence of jailers Brienne Estes and Mallory Ledbetter. During the search my coffee was confiscated. I was given no confiscation form and it wasn't put on my property or returned to me.

It is general practice at Dallas County Detention Center to house inmates in pods for as long as a month without access to recreation areas. The jailers are unprofessional and the policies and procedures enacted are inhumane.

date
10-1-24

Christopher Mason Bobbitt
#656340
DOB 11-21-81

106 South Charlotte ST
Fordyce, AR
71742

(3)

My name is Jeremiah W. Bethel during my time at Dallas Co. Jail I feel they have violated My Rights more times then Not. on Sep 3rd 2024 I Was Strip Searched in the presence of (Brianna Estes) And (Mallory Ledbetter) 4 months prior to that After Returning from Court I Was strip searched by another female officer (Liz) before Returning to my pod also I have had to wait months for them to order my heart meds (3months) after I Ran out the first time. I have had Cloths Change a total of 3 times in 4 months. Its my understanding We are supposed to get Cloths Change atleast 1 time a Week Not 3 times in 4 months. We dont get any Bleach to Clean With. the Showers are full of Black mold. The meals most of the time are Served Cold And Bland. We eat the Same thing every day except for dinner and that is every other day. When We put in a greivance in it always goes to the person it is wrote on and always Comes Back with Something Smart as a Reply. The Stuff we Buy with our families money that they decide we Cant have any more then they let the trustees go through our personal property instead of letting us Send it home.

Jeremiah W. Bethel
ADC# 136904
Cummins unit
OR
[illegible]
[illegible]

106 South Charlotte St.
Fordyce, AR 71742

My name is Charles A Thaff during my time in Dallas county jail i feel as if i have been taken advantage of, Stole from, & Violated to some extent humiliated. On several ocasions While in Dallas county jail i was strip searched by an officer of or in the presence of an officer of opposite sex. in such instances as on Sep. 3, 2024 i was strip searched in front of 2 female officers (Mallory ledbetter, Brianne Estes) & earlier in 2024 while returning from court was strip searched by (Mallory ledbetter) all by herself. As for examples of my personal belongings been stolen on 2 occasions once on Sep. 3, 2024 during a shake down 2 pair of head phones. 1 pair of Sony & 1 pair JVC head phones Were taken out of a denture cup on the foot of my rack i told the officer on the door about this she said she would tell the jail administrator no confiscation report was filed later that day upon speaking with the jail administraton she told me she threw them in the trash when i asked why they weren't put in my property she stated "because she felt like they were junk" there was nothing wrong with them but that didn't matter to her she just shrugged her shoulders & closed the door in my face i felt taken advantage of because there was nothing i could do. Then on Sep. 4. 2024 during another shake down they came in & took every book in the pod everyone's personal property was tore up. on this day 6 penthouse books, 3 Workout fitness books & several story books were taken. i informed the jail administrator that these items Were taken & no confiscation report was givin She told me "she would see what she could do" i waited until i felt she forgot Sep 6. 2024 & reminded her she said "she would take me up front to find them" She never did so scared i might lose more of my things on Sep. 9 2024 i asked to be able to send my stuff home & look for my books

before she could reply i got the officer on the door to take me up front to look for my books. When at which time i was able to find 3 of them & instead of sending them home i was allowed to take them back to the Pod with me. as for the rest of my books they remained lost. i have lost hundreds of dollars worth of books & headPhones & finger nail Clippers, a higene bag & other items that were paid for & was never given any kind of Chance to send it home or have it put in storage & was taken advantage of because i was in jail they wanted to Charge $5.00 to notarize a piece of legal work i just felt like i Couldn't do anything to defend myself from them & they could do what they want because im an inmate

Charles A Sharp
#156613

Dallas County Jail
106 S, Charlotte St
ForDyce, AR 3212
71742

(5) Robert Jordon (went Home)
Humiliated by being Striped Searched in front of female guards Mallory & Breiana
Lost Property Western Books
10 William W. Johnston plus 3 Louis Alace Books I have the Amazon Recipt

(6) Cameron Hendrik [illegible] Dallas County Jail 106 S Charlotte St Fordyce, AR 71742
I was humiliated on Spet 3, 2024 I was striped searched In fron of two female Jailers Mallory ledbetter, Brieann Estes then on Sept. 4 2024 During a Shakedown on E-Pod I had 5 personal pitcures, they took down and Just throwed Away instead of placeing them in my Personal Property

(7) Jerry Tucker C Dallas County Jail 106 S Charlotte St. Fordyce, AR 71742
ADC# 151616
Spet 3, 2024 felt humiliated from bing striped searched in front of 2 female officers Mallory Ledbetter & Breiann Estes the on Sept. 4 2024 they did a shakedown on E-POD and Tore Down our clothes lines with our personal clothes and had a Trustee carry it all out I had T-shirts, boxers, and Towel on the line

(8) Joshua Bradford ADC# 153212 Dallas Co Jail 106 S Charlotte St Fordyce AR 71742
I was Also shook down by the 2 female officers Mallory Ledbetter & Breiann Estes on Sept. 3, 2024 On Sept. 4 2024 When they Done the shakedown on E-POD they Took a Brand New sweat shirt & pants (Top & Bottom) bought on commissary At the Jail $25.00 Top And $25 for the Bottom, Not Counting headphones and other clothes

Clint Ingle ADC# 654998 Dallas County Jail
106 South charlotte St. Fordyce AR 71742

I've been here for over 15 months and I have several greivances on my Kisok, that can be pulled but Kathren shuler State we have to have our laywer Request them. I felt humiliated on Sept. 3 2024 they Tooks us out of E-POD into the hallway and Striped seached us in front of 2 female Jailers Mallory ledbetter, & Breann Estes there was also 2 male officers, Officer Warford & Jailer Chris.

Now on Sept. 4, 2024 the Sheriff and His Administration did a Shakedown on E-POD, when then I Lost personal property most important was 5 pitcures which can not be Replaced me & my mom, my wife & Son and pitcures of me and my wife on our wedding Day that was tore down and throwed away. Lost personal clothing Brought from ADC. T-Shirts, Boxers, 4 clipper heads for my Beard Trimmers, and seen A Trustee wearing my Champion Shoes, 2 days Later told C/O Mallory Ledbetter who was suppost to get them but the trustee were them Home. I grived the matter to Kathren Shuler (Jail Administrator) she Responded to that greivance # TK-D%%0 10-4 and that was it.

We are given Yoga matts to sleep on, Now Remind You I have a Double matt scrip from the ADC Doctor which The Administration here Refuse to honor. I went to the hole on Sept 4, 2024 until Sept 13, 2024 with nothing no way to do a medical sick call or write a greivance Process, and 3 days with out any cleaning supply. Our Living area shower has black mold growing on the walls we are suppoust to get 2 hot meals we might get a luke warm meal, This jail has 5 federal holding Pod's, 2 Local pods, and they hold women in the Chaple where we should be allowed church call. I've Also greivanced me not being able to call my laywer, at this point I myself has to pay for it or my lawyer has to pay for it. My lawyer call Should be free.

Clint C. Ingle

Clint Cadmon Ingle ADC# 654998
106 South Charlotte St
Fordyce AR 71742
DOB 4/26/79
SSN 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

Richard Nichols 112196
Dallas County Jail
106 S. Charlotte St
Fordyce, AR
71742-3223




LITTLE ROCK AR
OCT 8
USPS

**ORIGINATED FROM DETENTION FACILITY**

United States District Court
Clerk's office
Richard Sheppard Arnold United States Courthouse
600 W Capitol, Avenue
Suite A-149
Little Rock, AR
72201-3325